MICHAEL J. PICCOLO
City Attorney
Lynden P. Smithson
Nathaniel J. Odle
Assistant City Attorneys
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
SPOKANE, WA  99201-3326
Telephone: (509)625-6225
Fax:(509)625-6277

Attorneys for City Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER OLIVER, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPOKANE, SPOKANE POLICE DEPARTMENT, CHIEF KEVIN HALL, in his professional and individual capacity, OFFICER ZACHARY JOHNSON, in his professional and individual capacity, SGT. DARRELL QUARLES, in his professional and individual capacity, CPL. CHRIS JOHNSON, in his professional and individual capacity, OFFICER DEVON HILL, in his professional and individual capacity, OFFICERCHRISTOPHER BENESCHIN, in his professional and individual | No.<br><br>VERIFICATION OF COUNSEL<br><br>(SPOKANE COUNTY SUPERIOR COURT CAUSE NO. 25-2-01095-32) |

VERIFICATION OF COUNSEL - 1

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

| | |
|---|---|
| capacity, OFFICER DAVID STONE, in his professional and individual capacity, OFFICER JARED KELLER, in his professional and individual capacity, OFFICER JEREMY McVAY, in his professional and individual capacity, | |
| Defendants. | |

I, Nathaniel Odle, state and verify as follows:

1.    I am the City Attorney for the City of Spokane. I, along with Assistant City Attorney Lynden Smithson, represent Defendants City of Spokane, Chief Kevin Hall, Zachary Johnson, Darrell Quarles, Chris Johnson, Devon Hall, Chris Benesch, David Stone, Jared Keller, and Jeremy McVay (hereinafter as "City Defendants"), in this matter. I have personal knowledge of the facts set forth in this verification and am otherwise competent to testify to the matters set forth herein.

2.    I verify that I reviewed the docket for Spokane County Superior Court for case no. 25-2-01095-32 and the following exhibits attached as Exhibits A – K. Attached hereto are true and correct copies of all the records and proceedings that are on file with the Clerk of the Spokane County Superior Court in this matter as of April 29, 2025.

A.    Case Information Cover Sheet, dated March 3, 2025;

VERIFICATION OF COUNSEL - 2

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

B.  Summons to Defendant City of Spokane, filed March 3, 2025;

C.  Summons to Defendant Spokane Police Department, filed March 3, 2025;

D.  Summons to Defendant Kevin Hall, filed March 3, 2025;

E.  Summons to Zachary Johnson, filed March 3, 2025;

F.  Summons to Darrell Quarles, filed March 3, 2025;

G.  Summons to Chris Johnson, filed March 3, 2025;

H.  Summons to Devon Hill, filed March 3, 2025;

I.  Summons to Chris Beneshin [sic], filed March 3, 2025;

J.  Summons to David Stone, filed March 3, 2025;

K.  Summons to Jared Keller, filed March 3, 2025;

L.  Summons to Jeremy McVay, filed March 3, 2025;

M.  Plaintiff Jennifer Oliver's Complaint, filed March 3, 2025;

N.  Case Assignment Notice and Order (Judge Rachelle Anderson), filed March 3, 2025;

O.  Notice re: Disqualification of Judge, filed March 4, 2025;

P.  Order of Preassignment (Judge Hazel), filed March 6, 2025;

VERIFICATION OF COUNSEL - 3

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

Q.  Letter from Civil Case Coordinator Kim Kilham, dated March 6, 2025;

R.  Declaration of Service of Chief Kevin Hall, filed April 18, 2025;

S.  Declaration of Service of Chris Johnson, filed April 18, 2025;

T.  Declaration of Service of Darrell Quarles, filed April 18, 2025;

U.  Declaration of Service of Chris Benechin [sic], filed April 18, 2025;

V.  Declaration of Service of Jeremy McVay, filed April 18, 2025;

W.  Declaration of Service of Jared Keller, filed April 18, 2025;

X.  Declaration of Service of David Stone, filed April 18, 2025;

Y.  Declaration of Service of Spokane Police Department, filed April 18, 2025;

Z.  Declaration of Service of City of Spokane, filed April 18, 2025;

AA.  Declaration of Service of Devon Hall, filed April 18, 2025;

BB.  Declaration of Service of Zachary Johnson, filed April 18, 2025;

CC.  Notice of Appearance of Lynden Smithson and Nathaniel Odle, filed April 23, 2025.

VERIFICATION OF COUNSEL - 4

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

I declare under penalty of perjury that the foregoing is true and correct.

DATED this day of 30th April 2025.

/s/ Nathaniel J. Odle
Lynden P. Smithson, WSBA #28865
Nathaniel J. Odle, WSBA #39602
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone: (509) 625-6225
Fax: (509) 625-6277
Email: nodle@spokanecity.org
Email: lsmithson@spokanecity.org
Attorneys for the Defendants

VERIFICATION OF COUNSEL - 5

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I caused a true and correct copy of the foregoing "VERIFICATION OF COUNSEL," to be delivered to the parties below in the manner noted:

| Douglas D. Phelps<br>2903 N. Stout Road<br>Spokane, WA  99206<br>Email: phelps@phelpslaw1.com<br>Attorney for Plaintiff | [X]  VIA U.S. MAIL<br>[ ]  VIA OVERNIGHT SERVICE<br>[ ]  VIA HAND DELIVERY<br>[X]  VIA EMAIL |
|---|---|

/s/ Nathaniel J. Odle
Nathaniel J. Odle, WSBA #39602
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Phone (509) 625-6225
Fax (509) 625-6277

VERIFICATION OF COUNSEL - 6

Michael J. Piccolo, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277